AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Virginia

Richmond Division

| | | |
|---|---|---|
| Christina Lee Burnette | ) | |
| _Plaintiff_ | ) | |
| v. | ) | Civil Action No. 3:10-cv- 327 |
| Equifax Information Services, LLC, et al | ) | |
| _Defendant_ | ) | |

JUN 1 4 2010

CLERK, U.S. DISTRICT COURT
RICHMOND, VA

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_ Bank of America, NA
r/a CT Corporation Service Company
4701 Cox Rd. Ste 301
Glen Allen, VA 23060


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jason M. Krumbein & Mitchell P. Goldstein
1650 Willow Lawn Drive, Suite 300
Richmond, VA 23230


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT **Fernando Galindo, Clerk**

Date: **MAY 1 8 2010**

_____
_Signature of Clerk or Deputy Clerk_

# The Marston Agency, Inc.

06/01/10

11535 Nuckols Road, Suite A
Glen Allen, VA 23059
(800) 308-7790 - (804) 967-9300 (Richmond)

## RETURN ON SERVICE

| | | | |
|---|---|---|---|
| **Plaintiff:** | Christina Lee Burnette | **Court:** | United States District Court |
| **Defendant:** | Equifax Information Services, LLC, et al. | **Case:** | 3:10-cv-327 |
| **Serve:** | Bank of America, NA | **Return Date:** | |
| | r/a CT Corporation Service Company | **Time:** | |
| | 4701 Cox Rd., Ste 301 | | |
| | Glen Allen, VA 23060 | | |
| **Contact:** | Jason M. Krumbein | **Phone:** | 8046734358 |
| | 1650 Willow Lawn Drive | | |
| | Suite 300 | | |
| | Richmond , VA 23230 | | |

**Type(s) of Writ(s)** _____ paper:1176466

Summons in a Civil Action                    Complaint

Witness/Defendant Bank of America, NA was served according to law, as indicated below:

( ) **PERSONAL** By delivering a copy of the above described process in writing to him/her in person.

( ) **SUBSTITUTE** Being unable to make personal service and not finding the above mentioned person at his/her usual place of abode by delivering a copy of the said process and giving information of it's purport at his usual place of abode to _____ who is a member of his/her family and is the _____ of the above mentioned person, other than a temporary sojourner or guest, and who is the age of 16 years or older.

( ) **POSTED** Being unable to make a personal service and not finding the above mentioned person at his/her usual place of abode nor any member of his/her family the age of 16 years or older at said abode by posting a copy of such process at the front door or at such other door as appears to be the main entrance of such place of abode.

(X) **BUSINESS** At usual place of business or employment during business hours, by delivering the above specified paper(s) and giving information of it's purport to the person found there in charge of such business or place of employment.

( ) Copy mailed to judgement debtor on the date below after serving the garnishee unless a different date is shown below.

( ) Certified Mail

( ) Not Found

( ) Served on Secretary of the Commonwealth

I, _Connie Denby_ hereby certify under penalty of perjury that I am over the age of 18 and not a party or otherwise interested in the subject matter in controversy.

Served Date: _5-24-10_                    Served Time: _945_

Signature of Process Server

### Notary

State of: _Virginia_                    County/City of: _Henrico, Norfolk, Prince William._

I, the undersigned, a Notary Public in and for the above-mentioned jurisdiction, hereby certify that before me appeared the Process Server, who, under oath, stated that service was made as stated above. Sworn and subscribed before me this _7_ day of Jun/Jul 20 _10_

Notary Public: _____

| Type of Service: A | Auth Attempts: 1 | Order: 202074 | 1 Day Rush: No | 2 Day Rush: No | | |
|---|---|---|---|---|---|---|
| **Attempts** | **-1-** | **-2-** | **-3-** | **-4-** | **-5-** | **-6-** |
| Date: | | | | | | |
| Time: | | | | | | |
| Server: | | | | | | |

**REMARKS** Jenn Greene, per affidavit



AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Eastern District of Virginia

Richmond Division

| | | |
|---|---|---|
| Christina Lee Burnette | ) | |
| | ) | |
| *Plaintiff* | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:10-cv- 327 |
| | ) | |
| Equifax Information Services, LLC, et al | ) | |
| | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  National Credit Solutions, LLC
r/a CT Corporation System
4701 Cox Rd. Suite 301
Glen Allen, VA 23060


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jason M. Krumbein & Mitchell P. Goldstein
1650 Willow Lawn Drive, Suite 300
Richmond, VA 23230


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Fernando Galindo, Clerk**

*CLERK OF COURT*

Date:  **MAY 1 8 2010**

_____
*Signature of Clerk or Deputy Clerk*

## Service Authorization

CT Corporation System is registered agent for various corporations, limited liability companies and partnerships. The following persons are designated in the office of the corporation upon whom any process, notice or demand may be served as representatives of the Corporation.

Tinika C. Baylor

Katie E. Bush

Katherine V. White

Jenn Greene

Dacia Jamison

Malina Scott

This authorization pertains to the authority of individuals to receive process on behalf of CT Corporation System and Business Filings Incorporated. It does not certify the receipt or acceptance of any specific process.

Tinika C. Baylor
Corporate Operations Manager
CT Corporation System
A Wolters Kluwer Company


State of Virginia
County of Henrico


This day personally appeared before me, Tinika C. Baylor, whose name is signed above and who, being first duly sworn, upon her oath, states that the foregoing Affidavit is true to the best of her knowledge and belief.

Subscribed and sworn before me this __20ᵗʰ__ day of __April__, 2010


Notary Public
Katherine Victoria White

Katherine Victoria White
Notary Public
Commonwealth of Virginia
Reg. # 7069044
My Commission Expires
June 30, 2010

# The Marston Agency, Inc.

05/20/10

11535 Nuckols Road, Suite A
Glen Allen, VA 23059
(800) 308-7790 - (804) 967-9300 (Richmond)

## RETURN ON SERVICE

| | | | |
|---|---|---|---|
| **Plaintiff:** | Christina Lee Burnette | **Court:** | United States District Court |
| **Defendant:** | Equifax Information Services, LLC, et al. | **Case:** | 3:10-cv-327 |
| **Serve:** | National Credit Solutions, LLC<br>r/a CT Corporation System<br>4701 Cox Rd., Suite 301<br>Glen Allen, VA 23060 | **Return Date:**<br>**Time:** | |
| **Contact:** | Jason M. Krumbein<br>1650 Willow Lawn Drive<br>Suite 300<br>Richmond , VA 23230 | **Phone:** | 8046734358 |

_____

### Type(s) of Writ(s)                                                             paper:1176463

Summons in a Civil Action                       Complaint
_____

Witness/Defendant National Credit Solutions, LLC was served according to law, as indicated below:

( ) **PERSONAL** By delivering a copy of the above described process in writing to him/her in person.

( ) **SUBSTITUTE** Being unable to make personal service and not finding the above mentioned person at his/her usual place of abode by delivering a copy of the said process and giving information of it's purport at his usual place of abode to _____ who is a member of his/her family and is the _____ of the above mentioned person, other than a temporary sojourner or guest, and who is the age of 16 years or older.

( ) **POSTED** Being unable to make a personal service and not finding the above mentioned person at his/her usual place of abode nor any member of his/her family the age of 16 years or older at said abode by posting a copy of such process at the front door or at such other door as appears to be the main entrance of such place of abode.

(X) **BUSINESS** At usual place of business or employment during business hours, by delivering the above specified paper(s) and giving information of it's purport to the person found there in charge of such business or place of employment.

( ) Copy mailed to judgement debtor on the date below after serving the garnishee unless a different date is shown below.

( ) Certified Mail

( ) Not Found

( ) Served on Secretary of the Commonwealth

I, _Connie Denby_ hereby certify under penalty of perjury that I am over the age of 18 and not a party or otherwise interested in the subject matter in controversy.

Served Date: _5-24-10_          Served Time: _945_

_____
Signature of Process Server

**Notary**

State of: Virginia                                        County/City of: Henrico, ~~Norfolk, Prince William~~.

I, the undersigned, a Notary Public in and for the above-mentioned jurisdiction, hereby certify that before me appeared the Process Server, who, under oath, stated that service was made as stated above. Sworn and subscribed before me this __7__ day of ~~May~~/Jun 20 _10_

Notary Public: _JC_

| Type of Service: A | Auth Attempts: 1 | Order: 202074 | 1 Day Rush: No | 2 Day Rush: No | | |
|---|---|---|---|---|---|---|
| **Attempts** | **-1-** | **-2-** | **-3-** | **-4-** | **-5-** | **-6-** |
| Date: | | | | | | |
| Time: | | | | | | |
| Server: | | | | | | |

**REMARKS -** Jenn Greene, per affidavit

LAURA A. CRAWFORD
NOTARY PUBLIC
REG # 7180738
MY COMMISSION
EXPIRES
06/30/2012
COMMONWEALTH OF VIRGINIA

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Eastern District of Virginia

Richmond Division

| | |
|---|---|
| Christina Lee Burnette | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | )    Civil Action No. 3:10-cv- 327 |
| Equifax Information Services, LLC, et al | ) |
| _____ | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    HSBC Bank, NA
r/a CT Corporation System
4701 Cox Rd. Suite 301
Glen Allen, VA 23060

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jason M. Krumbein & Mitchell P. Goldstein
1650 Willow Lawn Drive, Suite 300
Richmond, VA 23230

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Fernando Galindo, Clerk,

*CLERK OF COURT*

Date: **MAY 1 8 2010** _____     _____
*Signature of Clerk or Deputy Clerk*

## Service Authorization

CT Corporation System is registered agent for various corporations, limited liability companies and partnerships. The following persons are designated in the office of the corporation upon whom any process, notice or demand may be served as representatives of the Corporation.

Tinika C. Baylor

Katie E. Bush

Katherine V. White

Jenn Greene

Dacia Jamison

Malina Scott

This authorization pertains to the authority of individuals to receive process on behalf of CT Corporation System and Business Filings Incorporated. It does not certify the receipt or acceptance of any specific process.

Tinika C. Baylor
Corporate Operations Manager
CT Corporation System
A Wolters Kluwer Company

State of Virginia
County of Henrico

This day personally appeared before me, Tinika C. Baylor, whose name is signed above and who, being first duly sworn, upon her oath, states that the foregoing Affidavit is true to the best of her knowledge and belief.

Subscribed and sworn before me this __20ᵗʰ__ day of _April___, 2010

Notary Public
Katherine Victoria White

Katherine Victoria White
Notary Public
Commonwealth of Virginia
Reg. # 7069044
My Commission Expires
June 30, 2010

# The Marston Agency, Inc.

05/20/10

11535 Nuckols Road, Suite A
Glen Allen, VA 23059
(800) 308-7790 - (804) 967-9300 (Richmond)

## RETURN ON SERVICE

| | | | |
|---|---|---|---|
| **Plaintiff:** | Christina Lee Burnette | **Court:** | United States District Court |
| **Defendant:** | Equifax Information Services, LLC, et al. | **Case:** | 3:10-cv-327 |
| **Serve:** | HSBC Bank, NA
r/a CT Corporation System
4701 Cox Rd., Suite 301
Glen Allen, VA 23060 | **Return Date:**
**Time:** | |
| **Contact:** | Jason M. Krumbein
1650 Willow Lawn Drive
Suite 300
Richmond , VA 23230 | **Phone:** | 8046734358 |

| **Type(s) of Writ(s)** | paper:1176464 |
|---|---|

Summons in a Civil Action              Complaint

Witness/Defendant HSBC Bank, NA was served according to law, as indicated below:

( ) **PERSONAL** By delivering a copy of the above described process in writing to him/her in person.

( ) **SUBSTITUTE** Being unable to make personal service and not finding the above mentioned person at his/her usual place of abode by delivering a copy of the said process and giving information of it's purport at his usual place of abode to _____ who is a member of his/her family and is the _____ of the above mentioned person, other than a temporary sojourner or guest, and who is the age of 16 years or older.

( ) **POSTED** Being unable to make a personal service and not finding the above mentioned person at his/her usual place of abode nor any member of his/her family the age of 16 years or older at said abode by posting a copy of such process at the front door or at such other door as appears to be the main entrance of such place of abode.

(X) **BUSINESS** At usual place of business or employment during business hours, by delivering the above specified paper(s) and giving information of it's purport to the person found there in charge of such business or place of employment.

( ) Copy mailed to judgement debtor on the date below after serving the garnishee unless a different date is shown below.

( ) Certified Mail

( ) Not Found

( ) Served on Secretary of the Commonwealth

I, _____ hereby certify under penalty of perjury that I am over the age of 18 and not a party or otherwise interested in the subject matter in controversy.

Served Date: _____5-24-10_____     Served Time: _____945_____

_____
Signature of Process Server

### Notary

State of: _____Virginia_____                County/City of: _____Henrico, Norfolk, Prince William.____

I, the undersigned, a Notary Public in and for the above-mentioned jurisdiction, hereby certify that before me appeared the Process Server, who, under oath, stated that service was made as stated above. Sworn and subscribed before me this ___7__ day of May/Jun 20 _10_

Notary Public: _____

| Type of Service: A | Auth Attempts: 1 | Order: 202074 | 1 Day Rush: No | 2 Day Rush: No | | |
|---|---|---|---|---|---|---|
| **Attempts** | **-1-** | **-2-** | **-3-** | **-4-** | **-5-** | **-6-** |
| Date: | | | | | | |
| Time: | | | | | | |
| Server: | | | | | | |

**REMARKS -**

Jenn Greene, per affidavit

